OFFICE OF THE CLERK
**UNITED STATES DISTRICT COURT**
DISTRICT OF DELAWARE

Peter T. Dalleo
CLERK OF COURT

LOCKBOX 18
844 KING STREET
U.S. COURTHOUSE
WILMINGTON, DELAWARE 19801
(302) 573-6170

March 4, 2005

TO:  James Christopher DeAngelo
     SBI #260024
     DCC

RE:  *Letter Requesting Status of Case; CA 04-254 JJF*

Dear Mr. DeAngelo:

This office has received a letter from you requesting the status of the above mentioned civil action. Your case is assigned to the Honorable Joseph J. Farnan Jr. and is currently pending before the Court. You will be advised by the Court as to further developments in your case.

Nothing contained in this letter is intended to express an opinion as to the merits of any claims which you may be alleging.

Sincerely,

/jp

PETER T. DALLEO
CLERK

cc:  The Honorable Joseph J. Farnan Jr.: CA 04-254 JJF
enc. Docket Sheet