IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

JAMES CHRISTOPHER DEANGELO, :
:
      Plaintiff, :
:
v. : Civil Action No. 04-254-JJF
:
M. JANE BRADY, CYNTHIA R. :
KELSEY, RICHARD R. COOCH, :
DANIEL R. MILLER, KEVIN :
O'CONNELL, JOHN J. DUFFY, :
and PATRICK J. REDMOND, :
:
      Defendants. :

## ORDER

At Wilmington, this ___15___ day of November 2005, for the reasons set forth the in the Memorandum Opinion issued this date;

IT IS HEREBY ORDERED that Plaintiff's Complaint is **DISMISSED AS FRIVOLOUS** pursuant to 28 U.S.C. §§ 1915(e)(2)(B) and 1915(b)(1).

_____
UNITED STATES DISTRICT JUDGE