November 28, 2005

**To:**
Mr. Peter T. Dalleo, Clerk
United States District Court
District of Delaware
844 King Street
Wilmington, De.
19801

**From:**
James Christopher DeAngelo
S.B.I. # 260024
Delaware Correctional Center
1181 Paddock Road
Smyrna, De.
19977

RECEIVED
DEC 2 - 2005
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

RE: Case # C.A. 04-254-J.J.F.
Request For Docket Sheet Acknowledging Receipt of "Notice of Appeal," To The Third Circuit.

Dear Mr. Dalleo,

Hello! Hope This Brief Letter Finds You Doing Very Well!

Enclosed, Please Find My "Notice of Appeal" To The Third Circuit Court of Appeals, Where I am Appealing The District Court's Order of November 15, 2005 Dismissing My Civil Rights Action, Case # C.A. 04-254-J.J.F.

Would You Please Send Me a Docket Sheet Acknowledging The Court's Receipt of my "Notice of Appeal."

Also, it Appears That, "The Federal Rules Of Appellate Procedure," RULE 24 (a.) (3.) "PRIOR APPROVAL," Do Not Require Me To File Any Additional Papers in Order To Continue To Proceed in FORMA PAUPERIS on Appeal To The Third Circuit.

If There Are Any Additional Documents Necessary To Complete My "Notice of Appeal" To The Third Circuit, Please Let Me Know.

Thank You For Your Time And Consideration.

James Christopher DeAngelo
S.B.I. # 260024