November 28, 2005 / December 18, 2005

TO:
Peter T. Dalleo, Clerk,
United States District Court
District of Delaware
Lock Box 18
844 King Street
Wilmington, De. 19801

FROM:
James Christopher DeAngelo
S.B.I. # 260024
Delaware Correctional Center
1181 Paddock Road
Smyrna, Delaware
19977

"NOTICE OF APPEAL" # C.A. 04-254-J.J.F.
RE: Request for Docket Sheet Acknowledging Receipt of Notice of Appeal To Third Circuit for Case # C.A. 04-254-J.J.F

FILED
DEC 15 2005
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

Dear Mr. Dalleo,

Hello, Hope This Brief Letter Finds you Doing Very Well? This is My Second Request, And NOTICE OF APPEAL

I Have Received The Court's Order Dated Nov. 15, 2005, Dismissing My Civil Rights Action Case # C.A. 04-254-J.J.F.

Enclosed Please Find My Notice of Appeal To The Third Circuit.

Would you Please Send Me a Docket Sheet Acknowledging The Court's Receipt of My Notice of Appeal To The Third Circuit.

Also, it Appears That, The Federal Rules of Appellate Procedure, RULE 24 (a) (3) "PRIOR APPROVAL" Do Not Require Me To File Any Additional Papers in Order To Proceed, in FORMA PAUPERIS, on Appeal To The Third Circuit.

If There is Any Additional Documents Necessary To Complete My Notice of Appeal To The Third Circuit, Please Let Me Know.

Thank you For Your Time And Consideration.
James Christopher DeAngelo

I/M James Christopher DeAngelo
SBI# 260024   UNIT D-EAST
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977

U.S.M.S. X-RAY

[Postage: $00.60 — Pitney Bowes — DEC 14 2005]

United States District Court
District of Delaware
Lock Box 18
844 King Street
Wilmington, Delaware 19801