UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT

NO. 05-5325

JAMES CHRISTOPHER DEANGELO,

Appellant

v.

ATTORNEY GENERAL M. JANE BRADY;
CYNTHIA R. KELSEY, Deputy Attorney General;
SUPERIOR CT JUDGE RICHARD R. COOCH;
DANIEL R. MILLER, Deputy Attorney General;
KEVIN J. O'CONNELL; JOHN J. DUFFY;
PATRICK J. REDMOND

On Appeal From the United States District Court
For the District of Delaware
(D.C. Civ. No. 04-cv-00254)
District Judge: Honorable Joseph J. Farnan, Jr.

Submitted For Possible Dismissal Under 28 U.S.C. § 1915(e)(2)(B)

Before: BARRY, SMITH AND NYGAARD, <u>CIRCUIT JUDGES</u>

**JUDGMENT**

This cause came on to be heard on the record from the United States District Court for the District of Delaware and was submitted for possible dismissal under 28 U.S.C. §1915(e)(2)(B). On consideration whereof, it is now here

ORDERED AND ADJUDGED by this court that the appeal is dismissed under 28

U.S.C. §1915(e)(2)(B)(i). All of the above in accordance with the opinion of this Court.

ATTEST:

/s/ Marcia M. Waldron
Clerk

DATED: June 19, 2006

Certified as a true copy and issued in lieu
of a formal mandate on _____ 7/31/06

Teste:
Clerk, U.S. Court of Appeals for the Third Circuit